LAURA HEMP, Respondent, v. NEW YORK LINEN SUPPLY & LAUNDRY CO., INC., Appellant.—Order filed withdrawing appeal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB KLINGHOFFER, Appellant, v. LOUIS SLUTNICK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GANO, MOORE & COMPANY, INC., Respondent, v. AMERICAN MERCHANT MARINE INSURANCE COMPANY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, on the ground of plaintiff's laches. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GANO, MOORE & COMPANY, INC., Respondent, v. AMERICAN MERCHANT MARINE INSURANCE COMPANY OF NEW YORK, Appellant. (FJONG.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GANO, MOORE & COMPANY, INC., Respondent, v. AMERICAN MERCHANT MARINE INSURANCE COMPANY OF NEW YORK, Appellant. (SVALEN.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANTON B. GIESLER, as Administrator, etc., of BENJAMIN GIESLER, Deceased, Appellant, v. KATHERINE SHIELDS, as Executrix, etc., of CATHERINE GIESLER, Deceased, and Others, Respondents.— Orders modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM H. WILLIAMS, Respondent, v. JOHN F. HYLAN, as Mayor of the City of New York, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THOMAS S. SOUTHGATE and Others, Respondents, for an Order Directing that Arbitration Proceed with FRANK P. KRUGER Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BASIL C. WALKER, Appellant, v. FRANCIS T. SANFORD, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HORTENSE C. FRANK, Appellant, v. SIMON G. FRANK, Respondent.— Order reversed, with $10 costs and disbursements, and motion granted so far as to direct that the defendant pay a counsel fee of $250, and alimony at the rate of $150 a month. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling and McAvoy, JJ., dissent.

KATE KIRSCH, Respondent, v. JACOB A. KIRSCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents and votes to reverse and grant motion to strike out scandalous and improper allegations.

In the Matter of the Application of SUSQUEHANNA SILK MILLS, Respondent, for an Order Directing that Arbitration Proceed between Petitioner and FAIR WAIST & DRESS Co., INC., Appellant.— Order affirmed, with ten dollars costs